AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

**v.**

**DONALD COTY and MEGAN COTY**

Case No. 26-MJ-4097

*Defendants*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 10, 2026, in the County of Livingston, in the Western District of New York, the defendant, In the Western District of New York, the defendants **DONALD COTY** and **MEGAN COTY** did violate **18 U.S.C. §2251(a), §2251(e),** and **2252A(a)(5)(B),** offenses described as follows:

a. Between in or about January 2017 and March 2025, the defendants did knowingly employ, use, persuade, induce, entice, or coerce, any minor to engage in, with the intent that such a minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, in violation of Title 18, United States Code, Sections 2251(a); and

b. Between in or about January 2017 and March 2025, the defendants did knowingly, willfully, and unlawfully combine, conspire, and agree to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know the visual depictions would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(e); and

c. On or about and before June 23, 2026, the defendants did knowingly possess images of child pornography as defined by Title 18, U.S.C. § 2256(8) on one Crucial USB hard drive, which had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Nicole Browning*

*Complainant's signature*

NICOLE BROWNING, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
*Printed name and title*

Submitted electronically and attested to me as true and accurate telephonically consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this __20th__ day of July, 2026.

Date: __July 20, 2026__

*Colleen D. Holland*

*Judge's signature*

HONORABLE COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State:  __Rochester, New York__

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )      ss:
CITY OF ROCHESTER   )

I, NICOLE BROWNING, being duly sworn, depose and state:

1.      I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been employed since March 2025. I am currently assigned to the HSI Rochester, New York office. My responsibilities include investigating violations of federal criminal laws, including crimes involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am a graduate of the Federal Law Enforcement Training Center in Charleston, South Carolina, where I was trained in, among other things, criminal investigative techniques and federal criminal law. I have also received training in the federal laws pertaining to the possession, distribution, and production of child pornography, and have had the opportunity to observe and review examples of child pornography as defined in 18 U.S.C. § 2256 and have participated in investigations concerning violations of those laws. As part of my employment as an HSI Special Agent, I have executed and participated in the execution of search warrants and have seized evidence of violations of federal law.

2.      I submit this affidavit in support of a criminal complaint charging DONALD COTY ("D. COTY") and MEGAN COTY ("M. COTY") with violating:

    a.      Title 18, United States Code, Sections 2251(a)
             (Production of Child Pornography);

b.      Title 18, United States Code, Section 2251(e)
(Conspiracy to Produce Child Pornography); and

c.      Title 18, United States Code, Section 2252A(a)(5)(B)
(Possession of Child Pornography).

3.      This affidavit is based on my personal knowledge and observations, my training and experience, conversations with other law enforcement officers, and my review of documents, reports and records gathered through the investigation of this case.  Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me concerning this investigation.

**PROBABLE CAUSE**

4.      On February 19, 2026, the National Center for Missing and Exploited Children (NCMEC) received CyberTip 230381585 from Google for one file of apparent child pornography that was uploaded to Google Photos and a Google Drive Account. The upload occurred on February 18, 2026, at approximately 4:00 UTC and was uploaded by an individual with the google username "Don Coty", mobile phone 585-362-5119, DOB: 04/27/1986, and email address: cotyacres@gmail.com. The CyberTip was forwarded to the New York State Police (NYSP) Internet Crimes Against Children (ICAC) Task Force. The investigation revealed that the target of the investigation, D. COTY, resided at 5655 Marrowback Road, Conesus, NY 14435, alongside his wife M. COTY, and their two minor children.

5.      An investigator from NYSP Troop E applied for a search warrant for 5655 Marrowback Road, Conesus, NY along with D. COTY (04/27/1986) and M. COTY (07/15/1988). The search warrant was signed by the Honorable Jennifer M. Noto, County

Court Judge for the Village of Geneseo, on June 18, 2026. The search warrant authorized the search and seizure of all computers, computer data, computer peripheral devices, computer data storage devices, computer security devices, documents, and digital and/or analog video tapes.

6.      On June 23, 2026, NYSP Troop E executed a search warrant at 5655 Marrowback Road, Conesus, NY. Inside the residence was D. COTY, M. COTY and two minor children.

*__Interview of D. COTY__*

7.      On June 23, 2026, at approximately 6:00a.m., an investigator from NYSP conducted a non-custodial interview with D. COTY. The following is a summary of the interview that was conducted: D. COTY was provided with a copy of the signed search warrant and was advised that the reason that the officers were at his residence was due to the upload of apparent child pornography.  D. COTY was informed that he was not in custody and asked if he wanted to speak with investigators, to which he agreed. D. COTY expressed that he had a problem with viewing child pornography and that he needed help. D. COTY disclosed that he had previously taken fully nude pictures himself and Minor Victim 1[1] (MV1) and stored those images on an external hard drive that contained other videos and images of child pornography. D. COTY stated that he did not share the photos of MV1 with anyone. D. COTY disclosed that he had touched MV1 sexually while she was fully naked. D. COTY stated that he touched MV1's butt and vagina, with the last time being approximately one

---

[1] As of June 23, 2026, MV1 was a 12-year-old female who was in the care and custody of D. Coty and M. Coty.

year ago. D. COTY stated that he had several images and videos on his external hard drive and would masturbate while viewing them.

8.      Due to the disclosures that were made by D. COTY, an investigator from NYSP asked D. COTY if he would come to the State Police (SP) Geneseo barracks for a voluntary interview. D. COTY agreed and was provided with courtesy transport. Once at SP Geneseo, investigators from NYSP advised D. COTY that the interview would be conducted in the interview room and that the interview would be recorded. Prior to any questioning D. COTY was advised of his Miranda rights and D. COTY agreed to talk to investigators.

9.      D. COTY made additional disclosures regarding MV1. D. COTY stated that the first time he sexually touched MV1 when she was approximately four or five years old and the last time was "about a year ago". D. COTY stated that he had caressed MV1's vagina with his hand, applied a vibrating sex toy, described as an egg, on MV1's vagina, kissed and licked MV1's vagina, and inserted his pinky, up to the cuticle, inside MV1's vagina, and rubbed MV1's vagina with his penis. D. COTY stated that all the encounters with MV1 resulted in sexual gratification for him.  D. COTY approximated that he had sexual contact with MV1 five to six dozen times from the time MV1 was four years old until she was eleven years old.

***Interview of M. COTY***

10.     On June 23, 2026, at approximately 6:20 a.m., an investigator from NYSP conducted a non-custodial interview with M. COTY. The following is a summary of the interview that was conducted: M. COTY initially denied any knowledge of explicit material being viewed and/or possessed by anyone within the home and questioned the reasoning for the NYSP being present. M. COTY was advised that the search warrant was being executed

4

due to the child sexual abuse material being uploaded from the residence in February of 2026. M. COTY did not appear concerned and/or surprised and disclosed that her husband, D. COTY, was the victim of child exploitation when he was a child and was concerned that his past abuse would lead him to abusing others. M. COTY stated that D. COTY had expressed interest in the past of underage females and kept a photo of her and her twin sister, as prepubescent females, on his nightstand. At this point in the interview, another investigator from NYSP informed them that D. COTY had made disclosures regarding sexually abusing MV1. M. COTY was asked further questions surrounding MV1. M. COTY explained that she (M. COTY) would frequently pose in promiscuous positions, nude, for D. COTY to take photos of her. According to M. COTY, when MV1 was three years old he/she walked into the bedroom and found M. COTY nude, posing for photos. MV1 opted to remove their clothing and pose nude for the photos alongside M. COTY.  M. COTY stated the two were shoulder to shoulder on the bed and the photos were taken by D. COTY for sexual gratification. M. COTY stated that after the photos were taken, she was uncomfortable with them, and they were deleted by D. COTY.  M. COTY denied any abuse being present in her home but described the upbringing of her children as open. M. COTY stated that she did not want her children to feel ashamed of their bodies, so nudity was a common practice throughout the home.

11.    A second voluntary interview was conducted with M. COTY at approximately 11:00am. The following is a summary of the interview: M. COTY was asked to elaborate further about the images taken by D. COTY of herself and MV1. M. COTY stated that the photos were taken "years ago" when MV1 was three years old. M. COTY went on further to explain that one day when MV1 was napping she woke up, walked into D. COTY and M.

5

COTY's bedroom and began to undress herself. M. COTY stated that she was nude at the time, with D. COTY in the room, taking photos of her in sexual positions. MV1 followed what she observed M. COTY doing, without instructions, and began taking photos alongside. M. COTY admitted that the photos were taken with the purpose of gratifying D. COTY sexually and that it happened on multiple occasions. When asked to describe the photos, M. COTY stated that she and MV1 would lie next to each other completely nude on their back and lift their legs up, exposing their vaginal areas. Additionally, the two would lie on bed, completely nude, next to each other "on all fours", and spread their buttocks apart to further expose their anus and labia. M. COTY admitted to some instances where she used to read sexual erotica novels while masturbating next to MV1. M. COTY later admitted that she viewed CSAM herself and recalled seeing "foreign", blonde Caucasian prepubescent females in various photos and videos. She admitted the material was typically shown by D. COTY, and the girls were often undressing within the videos/photos and/or playing with one another nude. She acknowledged that the content she viewed was similar to what she created with MV1.

### *Items Seized During Search Warrant*

12.    NYSP completed the search warrant of 5655 Marrowback Road, Conesus, NY, and seized thirteen electronic items. NYSP seized two Crucial USB hard drives, one HP laptop, one Dell Laptop, five Motorola cellphones, one LG Cellphone, one SanDisk USB drive, one Data Traveler USB drive, and one PNY USB drive. The items were transported to NYSP Troop E for forensic review.

13.    A review of one of the Crucial USB hard drives, found in a side table next to the bed shared by D. COTY and M. COTY contained 1.3 million image and video files of

6

those image and video files that have been reviewed thus far, over 174,000 files were of suspected child pornography as defined under 18 U.S.C. § 2256(8).

14.    Ten of those image files, which I reviewed, depict the following:

a. **IMG_20170108_125837172_HDR.jpg:** an image depicting MV1, approximately 3 - 5 years old with M. COTY who was also naked, lying on a bed facing one another with MV1's legs on top of M. COTY's legs and both their legs spread apart exposing their vaginas. *The metadata indicates this image was created on January 8, 2017.*

b. **IMG_20180707_101052.jpg:** an image depicting MV1, approximately 4 - 6 years old lying with M. COTY. Both MV1 and M. COTY are naked from the waist down with their legs spread apart exposing their vaginas. M.COTY is on her phone while MV1 is touching her vagina with a silver egg shaped object, believed to be a sex toy.

c. **DSCN8448.jpg:** an image depicting MV1, approximately 4 – 6 years old and M. COTY kneeling on a bed naked from the waist down exposing their anus and vaginas.

d. **DSCN8443.jpg:** an image depicting MV1, approximately 3 - 5 years old, naked from the waist down laying with M. COTY who is fully naked, lying on a bed together both touching their own vaginas.

e. **20220506_170848_HDR.jpg**: an image depicting MV1 and M. COTY naked from the waist down, MV1 has their feet raised up and both MV1 and M. COTY are exposing their vaginas. M.COTY and MV1 appear to be each be looking at their own cellphone while another hand touches the vagina of MV1.

f. **DSCN7590.jpg:** an image depicting MV1, approximately 3 – 5 years old, naked with M. COTY who is also naked. M. COTY is exposing her vagina while MV1 has one hand on their vagina and the other hand on the chest area of M. COTY.

7

g.   **IMG_20180612_140307.jpg:** an image depicting MV1, approximately 5 – 7 years old, lying face down on a couch, naked from the waist down, looking back at the camera with anal beads coming out of her anus.

h.   **DSCN8833.jpg:** an image depicting MV1 naked with her vagina exposed and a male penis touching her vagina.

i.   **IMG_20170517_183808950_BURST006.jpg:** an image depicting M. COTY naked from the waist down, touching her vagina while viewing something on her phone and showing it to a young boy ("MV2")[2] who is approximately 6 –8 years old.

j.   **IMG_20250304_182500905.jpg:** an image depicting MV1 lying on a bed naked from the waist down exposing her vagina.  *The metadata indicates this image was created on March 4, 2025.*

15.   Based upon my training and experience, the images described above involving MV1 and MV2 constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

16.   Three of those video files, which I reviewed, depict the following:

a.   **VID_20180707_101103:** a 15 second video depicting MV1, approximately 3 - 5 years old, with M. COTY who are both lying down on a bed naked from the waist down. M. COTY has one leg bent exposing her vagina while on her phone and MV1 has a silver egg shaped item placed against her vagina.

b.   **VID_201806012_140453:** a 39 second video depicting MV1 naked exposing MV1's vagina and anus while another individual inserts anal beads into MV1's anus, the individual then rapidly pulls and pushes the beads into MV1's anus.

c.   **VID_20170108_130616350:** a 40 second video depicting MV1, approximately 4 – 6 years old and M. COTY naked on a bed on their hand and knees, M.

---

[2]  As of June 23, 2026, MV2 was a 15-year-old male who was in the care and custody of D. COTY and M. COTY.

8

COTY manipulates MV1 in order to expose her vagina and anus. The video zooms in on M. COTY's vagina then MV1's vagina.

17.    Based upon my training and experience, the videos described above involving MV1 constitute child pornography, as defined by Title 18, United States Code, Section 2256(8).

18.    All of the conduct in the images and videos described above appear to have occurred in the residence of 5655 Marrowback Road, Conesus, NY 14435.

## CONCLUSION

19.    Based upon the forgoing, the undersigned respectfully submits that there is probable cause to believe that DONALD COTY and MEGAN COTY violated Title 18, United States Code, Sections 2251(a), (Production of Child Pornography); Title 18, United States Code, Section 2251(e) (Conspiracy to Produce Child Pornography); and Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography).

20.    I respectfully request that the Court issue the proposed criminal complaint and sign the associated arrest warrant.

NICOLE BROWNING
Special Agent, Homeland Security Investigations

Affidavit submitted electronically in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on July  20 , 2026.

COLLEEN D. HOLLAND
United States Magistrate Judge

9