**ROBERT W. WOOD**
**Attorney & Counselor at Law**
**2080 Ridge Road West**
**Rochester, New York 14626**
**Office: 585-227-9830**

**Kwaneisha Green**                                    **Facsimile: 585-647-1625**
**Legal Assistant**                                    **Email: Robertwoodatty@yahoo.com**
                                                       **(Not for Service)**

July 22, 2026

Hon. Colleen D. Holland
Western District of New York
Kenneth B. Keating Federal Building
100 State Street, Rochester, NY 14614

**Re:    Megan Coty - 26-MJ-4099**

Dear Judge Holland,

In the above matter, we respectfully request that the hearing for tomorrow be cancelled, and that we just appear for status conference at 9:15 AM, if available or 11:30. I have spoken to my client, and she consents to this request. Thank you.

Very Truly Yours,

*s/Robert W. Wood*

ROBERT W. WOOD